UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH NAKITENDE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>Defendants. | No. 2:25-cv-01847-RAO<br><br>**~~[PROPOSED]~~**<br><br>**ORDER RE: JOINT STATUS REPORT AND REQUEST TO EXTEND THE STAY**<br><br>Honorable Rozella A. Oliver<br>United States Magistrate Judge |

Having read and considered the Joint Status Report and Request to Extend the Stay submitted by the parties, and finding good cause therefore,

IT IS HEREBY ORDERED that the stay in the instant action shall be extended until March 29, 2026.

Dated: 2/3/2026

Rozella A. Oliver

HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE